FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEN B. BRADLEY,<br><br>                Plaintiff,<br><br>   v.<br><br>CHIEF BRIAN BURNETT; CHELAN COUNTY; CHELAN COUNTY SHERIFF'S OFFICE; SERGEANT MIDDLETON; and JANE and JOHN DOE OFFICERS 1-10,<br><br>                Defendant. | NO: 2:17-CV-422-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

On March 28, 2018, the Court entered an Order to Show Cause directing Plaintiff to show cause in a writing to be filed with the Court, within 10 days of the date of the Order, why this action should not be dismissed without prejudice for failure to timely effect service. ECF No. 3. Plaintiff has failed to file proof of service and has failed to show cause as directed.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint is dismissed without prejudice and without costs to any party.
2. All pending motions, if any, are **DENIED AS MOOT**.
3. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** April 11, 2018.

                                        *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                        United States District Judge